IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2010 APR 20 AM 10: 57

WARREN SKILLERN,              )
                              )
    Plaintiff,                )
                              )
v.                            )   CASE NO. CV409-194
                              )
B. AVANT EDENFIELD, Federal Judge; )
G. R. SMITH, Magistrate Judge; and )
GEORGIA STATE PRISON MAILROOM,     )
                              )
    Defendants.               )
                              )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which objections have been filed (Doc. 14). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation and finds Defendant's objections to be without merit. Accordingly, the Court **ADOPTS** the Report and Recommendation as its Opinion. This case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 20th day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA